Leemore Libesman (State Bar No. 221969)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Attorneys for Plaintiffs
BMG MUSIC; VIRGIN RECORDS AMERICA, INC.;
FONOVISA, INC.; WARNER BROS. RECORDS INC.;
ARISTA RECORDS LLC; UMG RECORDINGS, INC.;
ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL
RECORDS, INC.; and SONY BMG MUSIC
ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMG MUSIC, a New York general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; FONOVISA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>DOES 1- 4,<br><br>Defendants. | Case No.: C 06-1579 MHP<br><br>Honorable Marilyn H. Patel<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~[PROPOSED]~~ **ORDER** |

Plaintiffs hereby request that this Court continue the case management conference scheduled for July 6, 2006, at 3:00 p.m. Plaintiffs filed the Summons and Complaint in this matter on February 28, 2006, against four unknown Doe defendants. On March 15, 2006, Plaintiffs filed a Motion for Administrative Relief Pursuant to Local Rule 7-11(a) for Leave to Take Immediate

1

1  Discovery ("Motion"). As set forth in Plaintiffs' Motion, Plaintiffs have identified each Doe
2  defendant by a unique Internet Protocol ("IP") address assigned to that defendant on the date and at
3  the time of that defendant's infringing activity. By using a publicly available database to trace the IP
4  address for each Doe defendant, Plaintiffs have identified Covad Communication Company
5  ("Covad") as the internet service provider that provided Internet access to each Doe defendant.
6  Covad can quickly and easily identify the name and address of each Doe defendant (*i.e.,* the Covad's
7  subscriber) because that information is contained in Covad's subscriber activity log files. As such,
8  Plaintiffs filed their Motion seeking leave to serve a subpoena on Covad pursuant to Rule 45 of the
9  Federal Rules of Civil Procedure seeking each Doe defendant's true name, address, telephone
10 number, e-mail address, and Media Access Control addresses.

   The Court has not yet ruled on Plaintiffs' Motion and, thus, Plaintiffs have been unable to discover the true identities of the Doe defendants. Plaintiffs therefore request that the Court continue the case management conference to ninety (90) days after the Court issues its ruling on Plaintiffs' Motion.

Dated: June 26, 2006                    Respectfully submitted,

                                        HOLME, ROBERTS & OWEN, LLP


                                        By: _____/s/ Leemore Libesman_____
                                            Leemore Libesman
                                            Attorney for Plaintiffs
                                            BMG MUSIC; VIRGIN RECORDS AMERICA,
                                            INC.; FONOVISA, INC.; WARNER BROS.
                                            RECORDS INC.; ARISTA RECORDS LLC;
                                            UMG RECORDINGS, INC.;
                                            ELEKTRA ENTERTAINMENT GROUP
                                            INC.; CAPITOL RECORDS, INC.; and SONY
                                            BMG MUSIC ENTERTAINMENT

## ORDER

It is hereby ordered that the case management conference is continued to ninety (90) days after the Court issues its ruling on Plaintiffs' Motion for Administrative Relief Pursuant to Local Rule 7-11(a) for Leave to Take Immediate Discovery.

**IT IS SO ORDERED.**

Dated:   June 30, 2006



_____
Judge Marilyn H. Patel

EX PARTE APPLICATION TO CONTINUE CMC
AND [PROPOSED] ORDER
CASE NO. C 06-1579 MHP:

#2209 v1