Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105
Telephone:     (415) 268-1969
Facsimile:      (415) 268-1999
E-mail: Tom.Kerr@hro.com

Attorney for Plaintiffs
BMG MUSIC; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>      Plaintiffs,<br>vs.<br><br>JOHN DOE,<br><br>      Defendant. | CASE NO.: 3:06-CV-01579-MHP<br><br>Hon. Marilyn H. Patel<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

Upon the Motion for Administrative Relief of Plaintiffs for Leave to Take Immediate Discovery, the Declaration of Jonathan Whitehead and the exhibit thereto, and Plaintiffs' Request for Judicial Notice, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on Covad Communication Company to obtain the identity of the Doe Defendant by serving a Rule 45 subpoena that seeks information sufficient to identify the Doe Defendant, including the name, address, telephone number, e-mail address, and Media Access Control addresses for the Defendant. The disclosure of this information is ordered pursuant to 47 U.S.C. § 551(c)(2)(B).

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

Without such discovery, Plaintiffs cannot identify the Doe Defendant, and thus cannot pursue their lawsuit to protect their copyrighted works from repetitive, rampant infringement.

Dated:   Nov. 28, 2006

_____
United St[ates]
Judge Marilyn H. Patel