1  Thomas M. Kerr (CA State Bar No. 241530)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:        tom.kerr@hro.com
5
6  Attorneys for Plaintiffs,
   BMG MUSIC; VIRGIN RECORDS
7  AMERICA, INC.; FONOVISA, INC.;
   WARNER BROS. RECORDS INC.;
8  ARISTA RECORDS LLC; UMG
   RECORDINGS, INC.; ELEKTRA
9  ENTERTAINMENT GROUP, INC.;
10 CAPITOL RECORDS, INC.; and SONY
   BMG MUSIC ENTERTAINMENT
11
12              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
13              SAN FRANCISCO DIVISION
14

15 BMG MUSIC, a New York general partnership;    CASE NO. C-06-01579-MHP
16 VIRGIN RECORDS AMERICA, INC., a
   California corporation; FONOVISA, INC., a      HONORABLE MARILYN H. PATEL
17 California corporation; WARNER BROS.
   RECORDS INC., a Delaware corporation;          **NOTICE OF VOLUNTARY DISMISSAL OF
18 ARISTA RECORDS LLC, a Delaware limited         DOE**
   liability company; UMG RECORDINGS, INC.,
19 a Delaware corporation; ELEKTRA
20 ENTERTAINMENT GROUP, INC., a Delaware
   corporation; CAPITOL RECORDS, INC., a
21 Delaware corporation; and SONY BMG MUSIC
   ENTERTAINMENT, a Delaware general
22 partnership,
23                          Plaintiffs,
24         v.
25 DOES 1 - 4,
26                          Defendants.
27
28

                              1

1          Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs hereby

2  voluntarily dismiss Defendant John Doe, without prejudice.

4  Dated:  January 3, 2007        Respectfully submitted,
                                HOLME, ROBERTS & OWEN, LLP

7                      By:         */s/ Thomas Kerr*

8                          Thomas Kerr
                          Attorney for Plaintiffs

12          Dated 1/9/07

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Marilyn H. Patel

NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF VOLUNTARY DISMISSAL
Case No. C-06-01579-MHP
#27403 v1